## THE PEOPLE OF THE STATE OF ILLINOIS
### *v.*
## ANDREW C. NIXON.

BASTARDY — *of abatement of suit upon the death of the mother.* The death of the mother does not abate a bastardy proceeding commenced during the life of the mother.

WRIT OF ERROR to the Circuit Court of Putnam county.

This was a proceeding instituted in the name of the people, against Andrew C. Nixon, for bastardy. Pending the suit, the mother of the child died, and, the court below holding that the suit was thereby abated, it was dismissed, and the cause is brought to this court by the people, and the question is presented whether the death of the mother should abate the suit.

Mr. A. E. STEVENSON, State's attorney, for the people.

Messrs. BANGS & SHAW, for the defendant in error.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

The question upon this record, is, whether the death of the mother abates a bastardy proceeding commenced during her life, under the statute. The Circuit Court so held, but we cannot concur in that opinion. Such a construction is not required by the language of the act, and would defeat its object. The object is, to compel the putative father to secure the public, as well as the mother, against liability for the sup-

23 — 45TH ILL.

port of the child, by a proceeding in the name of the people. The mother is not a party to the record, although allowed to control the suit and made liable for the costs, in case the defendant is discharged. The mother not being a party, there is no technical reason for the abatement of the suit, and its prosecution may be more important to the public than if the mother had not died.

The judgment is reversed and the cause remanded.

*Judgment reversed.*